IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cr-00220-002 |
| | ) | Judge Aleta A. Trauger |
| GULED MOHAMED | ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, the government's Motion for an Order of Forfeiture (Doc. No. 678) is **GRANTED**, and the court **ORDERS** as follows:

1. A preponderance of the evidence establishes that, during the course of the drug-distribution conspiracy to which the defendant pleaded guilty, the defendant personally obtained at least $200,000 in proceeds from that conspiracy. The court therefore **ORDERS** that a Forfeiture Consisting of a Money Judgment in the amount of $200,000 United States Currency ("Money Judgment") is **HEREBY TAKEN** against defendant Guled Mohamed. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture Consisting of a Money Judgment shall become immediately final as to the defendant upon entry and shall be made part of the sentence and included in the Judgment. Pursuant to Rule 32.2(c)(1), "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

2. If some portion of the $200,000 obtained by the defendant as a result of his participation in the conspiracy either cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property not easily divisible, the United States may engage in discovery in accordance with the Federal Rules of Civil Procedure in an action or claim for a debt to identify additional substitute assets having a value up to $200,000 United States currency, as authorized by 28 U.S.C.

§§ 3001(a)(1) and 3015 and by Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

3. The United States Probation and Pretrial Services will provide the defendant's Presentence Report and all supporting documentation to the Asset Forfeiture Unit of the United States Attorney's Office for use in discovery.

4. The Internal Revenue Service will provide the defendant's Tax Return for the year 2017 to the Asset Forfeiture Unit of the United States Attorney's Office for use in discovery.

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of forfeiture consisting of a $200,000 Money Judgment to include substitute property having a value not to exceed in total $200,000 United States currency to satisfy the Money Judgment in whole or in part.

5. Upon payment of the Money Judgment in full, the United States shall file a satisfaction of judgment with the District Court and the appropriate clerk of any county in which a transcript or abstract of the Judgment has been filed.

6. As long as the Order of Forfeiture is not completely satisfied and a sum of money is still owed, the defendant shall remain personally liable pursuant to this Order of Forfeiture, which will continue in full effect until payment of the total amount of $200,000 United States currency, plus statutory interest, is made in full.

7. The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

An Amended Judgment is filed contemporaneously herewith.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge